# Court of Appeals
# of the State of Georgia

ATLANTA,___May 30, 2012___

*The Court of Appeals hereby passes the following order:*

**A12A1930.  IN THE INTEREST OF D. B., a child.**

On October 27, 2011, the juvenile court entered an order of commitment after finding D. B. to be delinquent.  On November 29, 2011, D. B. filed a notice of appeal.  OCGA § 5-6-38 (a) requires that a notice of appeal must be filed within 30 days of the order sought to be appealed.  "[A] timely-filed notice of appeal is a jurisdictional prerequisite to a valid appeal." *Henderson v. State*, 265 Ga. 317 (1) (454 SE2d 458) (1995).  Because D. B. filed his notice of appeal 33 days after entry of the commitment order, this appeal is untimely and is therefore DISMISSED for lack of jurisdiction.

Because D. B. is represented by counsel, he is hereby informed of the following in accordance with *Rowland v. State*, 264 Ga. 872 (452 SE2d 756) (1995):  This appeal has been dismissed because of your counsel's failure to file a timely notice of appeal.  If you still wish to appeal, you may petition the juvenile court for leave to file an out-of-time appeal.  If the juvenile court enters an order granting your request, you will have 30 days from the filing date of that order to file a notice of appeal.  If the juvenile court enters an order denying your request, you will have 30 days from the filing date of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.

The Clerk of Court is directed to send a copy of this order to D. B. and his parent or guardian, as well as to D. B.'s attorney, and the latter is also directed to send

a copy to D. B. and to D. B.'s parent or guardian.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 05/30/2012
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*